UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM LOJANO,                                                                         JUDGMENT

                        Plaintiff,                                              20-CV-01169 (RRM)(RML)

   v.

NOODLE PUDDING, INC. and
ANTONIO MIGLIACCIO,

                        Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 1, 2020; and defendants having offered Plaintiff William Lojano an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, against the defendants in the amount of $10,000.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff William Lojano and against defendants in the amount of $10,000.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer.

Dated: Brooklyn, New York                                                    Douglas C. Palmer
         December 3, 2020                                                    Clerk of Court

                                                                           By:    */s/Jalitza Poveda*
                                                                                   Deputy Clerk