**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**WILLIAM LOJANO,**

        **Plaintiff,**

  v.

**NOODLE PUDDING, INC. and**
**ANTONIO MIGLIACCIO**

        **Defendants.**
-------------------------------------------------------x

**CASE NO.: 1:20-CV-1169-RRM-RML**

<u>**SATISFACTION OF JUDGMENT**</u>

      WHEREAS, a judgment was entered in the above action on December 3, 2020 in favor of Plaintiff William Lojano and against Defendants in the amount of $10,000 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff in litigating his claims, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  New York, New York
          January 8, 2020

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP


By: <u>*/s/ Michael DiGiulio*</u>
     Michael DiGiulio
     32 Broadway, Suite 601
     New York, NY 10279
     Tel: (212) 688-5640
     Fax: (212) 688-2548

*Attorneys for Plaintiff*